UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LEON CLOWERS, JR., | 1:14-cv-01488-GSA-PC |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE |
| vs. | (Doc. 1.) |
| MARGARET MIMS, et al., | ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |
| Defendants. | |

   Troy Leon Clowers, Jr. ("Plaintiff") is a Fresno County Jail inmate proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 24, 2014. (Doc. 1.) Plaintiff's Complaint is not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's Complaint, filed on September 24, 2014, is STRICKEN from the record for lack of signature;

   2.   The Clerk's Office shall send Plaintiff a form § 1983 complaint;

   3.   Within thirty days from the date of service of this order, Plaintiff is required to file an Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **September 25, 2014**          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE