1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    TROY LEON CLOWERS, JR.,                    1:14-cv-01488-GSA (PC)

12                 Plaintiff,

13         v.                                    ORDER DISREGARDING MOTION TO
                                                 PROCEED IN FORMA PAUPERIS
14    MARGARET MIMS, et al.,                     AS MOOT

15                 Defendants.                   (Document# 11)

16

17         Plaintiff is a Fresno County Jail inmate proceeding pro se in a civil rights action pursuant

18    to 42 U.S.C. § 1983.

19         On November 3, 2014, plaintiff filed an application to proceed in forma pauperis.  Due to

20    the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the

21    present case on October 21, 2014, IT IS HEREBY ORDERED THAT plaintiff's application of

22    November 3, 2014 is DISREGARDED AS MOOT.

23
      IT IS SO ORDERED.
24

25         Dated:   **November 6, 2014**              **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28