UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LEON CLOWERS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MARGARET MIMS, et al., <br><br> Defendants. | 1:14-cv-01488-AWI-GSA-PC <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JANUARY 5, 2015 <br> (Doc. 15.) |

Troy Leon Clowers, Jr. ("plaintiff") is a Fresno County jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 5, 2015, the undersigned issued findings and recommendations to dismiss this action for plaintiff's failure to obey the court's orders of September 24, 2014 and October 21, 2014 which required Plaintiff to complete and submit the court's form for consent or decline of Magistrate Judge jurisdiction. (Doc. 15.) Plaintiff was granted leave to file objections to the findings and recommendations within twenty days. Id.

On January 15, 2015 and January 16, 2015, Plaintiff filed forms consenting to the jurisdiction of a Magistrate Judge. (Docs. 17, 18.) In light of plaintiff's submission of the forms, the court shall vacate the findings and recommendations of January 5, 2015.

Accordingly, the court's findings and recommendations, issued on January 5, 2015, are VACATED.

IT IS SO ORDERED.

   Dated: **January 29, 2015**            **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE